No. 66230.—Pivar Conley Corp. *v.* United States, protest 60/7155 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon pile ribbons similar in use to pile ribbons, wholly or in chief value of silk, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 27, 1961

No. 66231.—Duncan Gilmour & Co., Ltd., et al. *v.* United States, protests 60/9385, etc. (New York).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.